UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BAILEY ALDRICH,

                   Plaintiff,

       -against-

UNITED STATES OF AMERICA,

                   Defendant.

-----------------------------------------------------------------X

22-CV-5297 (LGS)

**ORDER SCHEDULING
PRE-SETTLEMENT
CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, February 28, 2023 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335**.

    **SO ORDERED.**

DATED:    New York, New York
              February 15, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge