UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BAILEY ALDRICH,

                                Plaintiff,                          22-CV-5297 (LGS)

       -against-                               **ORDER SCHEDULING**
                                                                                   **SETTLEMENT**
UNITED STATES OF AMERICA,                           **CONFERENCE**

                               Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A settlement conference in this matter is hereby scheduled for **Thursday, March 23, 2023 at 2:30 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, March 16, 2023**.

       **SO ORDERED.**

DATED:      New York, New York
                   February 28, 2023

                                                                           _____
                                                                            VALERIE FIGUEREDO
                                                                            United States Magistrate Judge